## 52824. BELLFLOWER v. THE STATE.

DEEN, Presiding Judge.

The defendant, through counsel of record, filed a notice of appeal from an order sustaining a traverse to a pauper's affidavit. No enumeration of error, brief, or other appearance was made in this court, and the state has filed a motion to dismiss the appeal which appears meritorious. From an abundance of caution, however, we have examined the record and transcript, and find no error.

*Judgment affirmed. Webb and Smith, JJ., concur.*

SUBMITTED OCTOBER 4, 1976 — DECIDED OCTOBER 22, 1976.

*Charles Marchman, Jr.,* for appellant.
*John R. Sikes, Assistant Solicitor,* for appellee.